**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 099 ML |
| v. | : | CR.No: |
| | : | In violation of 18 U.S.C. |
| | : | § 2113(a) |
| WILLIAM HARPER | : | |

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges:

That on or about March 14, 2007, in the District of Rhode Island, the defendant, WILLIAM HARPER, by intimidation did knowingly take from the person and presence of another money, namely approximately $3,848 dollars, belonging to and in the care, custody, control, management, and possession of Pawtucket Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 7/11/07