# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. CR 07-99ML***

*To:* *ACI*
*CRANSTON RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **WILLIAM HARPER**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **16th** day of **July, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Please note Court is scheduled for 2:30 PM**

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

Arraignment

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: July 13, 2007.

David A. DiMarzio, Clerk

*By* *Martha Saucier - Deputy Clerk*