UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-099ML |
| | ) | |
| WILLIAM HARPER | ) | |

---

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes William Harper, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in this matter, now due by August 20, 2007, for a period of 60 days. This continuance would place the case on the November, 2007, trial calendar. Mr. Harper submits the attached memorandum in support of this request.

Respectfully submitted
William Harper
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on August 10, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-099ML |
| | ) | |
| WILLIAM HARPER | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Harper has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter. Counsel has received discovery and needs the additional time to fully engage and consult Mr. Harper, as well as investigate his background. The extra time will assist Defense Counsel in the task of explaining to Mr. Harper his legal circumstances as well as providing clear and concise advice sufficient to allow him to make informed decisions about his defense. The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
William Harper
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah, Assistant United States Attorney, on August 10, 2007.

/s/ Kevin J. Fitzgerald