UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-099ML |
| | ) | |
| WILLIAM HARPER | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes William Harper, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, now scheduled for February 15, 2008, for a period of 60 days. Mr. Harper submits the attached memorandum in support of this request.

Respectfully submitted
William Harper
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on February 4, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-099ML |
| | ) | |
| WILLIAM HARPER | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Harper has moved this Honorable Court to continue the sentencing date in this matter. This request is based on the need for additional time to research Mr. Harper's background. Although he was born in Barbados, as stated in the PSR, Mr. Harper was born to an American citizen and therefore his citizenship is not distinctly clear. The nature of his citizenship will effect his sentence in terms of his placement within the BOP and also his eligibility for rehabilitative programs and community corrections. Defense counsel is in contact with Mr. Harper's family in Barbados and believes that this extension will be sufficient to satisfy this question for the purposes of sentencing.

The government has no objection to this motion.

Respectfully submitted
William Harper
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Zechariah, Assistant United States Attorney, on February 4, 2008.

/s/ Kevin J. Fitzgerald